IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHAEL WILKINSON                                                                PLAINTIFF

v.                                          Case No. 12-5235

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                                   DEFENDANT

### ORDER

The Court has received proposed findings and recommendations (Doc.27) from Chief United States Magistrate Judge James R. Marschewski. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment (Doc. 23) is DENIED AS MOOT. The filings related to the motion have been considered as a part of the full record in this matter.

**IT IS SO ORDERED** this 7th day of March, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE